IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-279-MN <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendant to move against, answer, or otherwise respond to the Complaint (D.I. 1) is hereby extended to and including April 22, 2022.

Dated: March 10, 2022

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT <br> & TAYLOR, LLP |
| */s/ Michael J. Farnan* <br> Brian E. Farnan (No. 4089) <br> Michael J. Farnan (No. 5165) <br> 919 North Market Street <br> 12th Floor <br> Wilmington, DE  19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiff* <br> *Kytch, Inc.* | */s/ Anne Shea Gaza* <br> Elena C. Norman (No. 4780) <br> Anne Shea Gaza (No. 4093) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> enorman@ycst.com <br> agaza@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Defendant* <br> *McDonald's Corporation* |

SO ORDERED this ___ day of _____, 2022.

                                                                                                _____
                                                                                                United States District Judge