IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-279-MN |
| | ) |
| MCDONALD'S CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Catherine Y. Lui, Kristopher R. Wood, and Nicole Gelsomini, of Orrick Herrington & Sutcliffe LLP, to represent Defendant McDonald's Corporation in the above-captioned action.

*Of Counsel:*
Catherine Y. Lui
Nicole Gelsomini
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
clui@orrick.com
ngelsomini@orrick.com

Kristopher R. Wood
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
(949) 852-7722
kristopher.wood@orrick.com

Dated: March 11, 2022

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Samantha G. Wilson*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant
McDonald's Corporation*

2

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Catherine Y. Lui, Kristopher R. Wood, and Nicole Gelsomini is GRANTED.

Date: _____, 2022

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the State Bar of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 11, 2022               */s/ Catherine Y. Lui*
                                Catherine Y. Lui
                                Orrick Herrington & Sutcliffe LLP
                                The Orrick Building
                                405 Howard Street
                                San Francisco, CA 94105
                                (415) 773-5571
                                clui@orrick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the State Bar of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 10, 2022

*/s/ Kristopher R. Wood*
Kristopher R. Wood
Orrick Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
(949) 852-7722
kristopher.wood@orrick.com

01:25049528.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the State Bar of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 10, 2022                  */s/ Nicole Gelsomini*
                                       Nicole Gelsomini
                                       Orrick Herrington & Sutcliffe LLP
                                       The Orrick Building
                                       405 Howard Street
                                       San Francisco, CA 94105
                                       (415) 773-5941
                                       ngelsomini@orrick.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Brian E. Farnan | Elizabeth M. Locke, P.C. |
| Michael J. Farnan | Daniel P. Watkins |
| FARNAN LLP | CLARE LOCKE LLP |
| 919 N. Market St., 12th Floor | 10 Prince Street |
| Wilmington, DE 19801 | Alexandria, VA 22314 |
| bfarnan@farnanlaw.com | libby@clarelocke.com |
| mfarnan@farnanlaw.com | daniel@clarelocke.com |

Jason Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067
jsheasby@irell.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Samantha G. Wilson*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant McDonald's Corporation*