IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-279-MN |
| | ) |
| MCDONALD'S CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT MCDONALD'S CORPORATION'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT AS TO BUS & PROF CODE § 17200 CLAIM**

Pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(1), and 12(e), McDonald's Corporation ("McDonald's"), moves for an Order, substantially similar to the proposed order attached hereto, dismissing all claims against McDonald's with prejudice and entering final judgment in McDonald's' favor pursuant to Federal Rule of Civil Procedure 58.

The grounds for this Motion are set forth in McDonald's' Opening Brief and Declaration of Kristopher R. Wood filed herewith.

Dated: April 22, 2022

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|  | */s/ Anne Shea Gaza* |
| Catherine Y. Lui | Elena C. Norman (No. 4780) |
| Nicole Gelsomini | Anne Shea Gaza (No. 4093) |
| The Orrick Building | Samantha G. Wilson (No. 5816) |
| 405 Howard Street | Rodney Square |
| San Francisco, CA 94105 | 1000 North King Street |
| (415) 773-5700 | Wilmington, DE 19801 |
| clui@orrick.com | (302) 571-6600 |
| ngelsomini@orrick.com | enorman@ycst.com |
|  | agaza@ycst.com |
| Kristopher R. Wood | swilson@ycst.com |
| 2050 Main Street, Suite 1100 |  |
| Irvine, CA 92614 | *Attorneys for Defendant* |

(949) 567-6700  
kristopher.wood@orrick.com

*McDonald's Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Brian E. Farnan | Elizabeth M. Locke, P.C. |
| Michael J. Farnan | Daniel P. Watkins |
| FARNAN LLP | CLARE LOCKE LLP |
| 919 N. Market St., 12th Floor | 10 Prince Street |
| Wilmington, DE 19801 | Alexandria, VA 22314 |
| bfarnan@farnanlaw.com | libby@clarelocke.com |
| mfarnan@farnanlaw.com | daniel@clarelocke.com |

Jason Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067
jsheasby@irell.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant McDonald's Corporation*