IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-279-MN <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

The Court, having considered Defendant McDonald's Corporation's ("McDonald's") Motion to Dismiss or for a More Definite Statement as to Bus. & Prof. Code § 17200 Claim (the "Motion"), and the papers submitted and the parties' positions in connection therewith:

IT IS HEREBY ORDERED, this _____ day of _____, 202__ that:

1. The Motion is GRANTED;

2. Plaintiff Kytch, Inc.'s ("Kytch's") claim for False Advertisement under Lanham Act § 43(a) (15.U.S.C. § 1125(a)) is DISMISSED with prejudice;

3. Kytch's claim under Cal. Bus & Prof. Code § 17500 is DISMISSED with prejudice;

4. Kytch's claim under Cal. Bus. & Prof. Code § 17200 is DISMISSED with prejudice;

5. Kytch's tortious interference with contract claim is DISMISSED with prejudice;

6. Kytch's intentional interference with business expectancy claim is DISMISSED with prejudice;

2

7. Kytch's negligent interference with business expectancy claim is DISMISSED with prejudice;

8. Kytch's trade libel claim is DISMISSED with prejudice; and

9. Judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of McDonald's and against Kytch.

_____
UNITED STATES DISTRICT JUDGE