IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-279-MN <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1**

Pursuant to District of Delaware Local Rule 7.1.1, counsel for McDonald's Corporation ("McDonald's") hereby certify that a reasonable effort was made to reach agreement with Plaintiff ("Kytch") on McDonald's' request in the alternative for a more definite statement as to Kytch's Cal. Bus. & Prof. Code § 17200 claim, including oral communication involving Delaware counsel for all parties. Kytch has indicated that it will be opposing McDonald's' request.

Dated: April 22, 2022

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT <br> & TAYLOR, LLP <br><br> /s/ Anne Shea Gaza |
| Catherine Y. Lui <br> Nicole Gelsomini <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA 94105 <br> (415) 773-5700 <br> clui@orrick.com <br> ngelsomini@orrick.com <br><br> Kristopher R. Wood <br> 2050 Main Street, Suite 1100 <br> Irvine, CA 92614 <br> (949) 567-6700 <br> kristopher.wood@orrick.com | Elena C. Norman (No. 4780) <br> Anne Shea Gaza (No. 4093) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> enorman@ycst.com <br> agaza@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Defendant* <br> *McDonald's Corporation* |