# EXHIBIT 1

| | |
|---|---|
| **From:** | Field Brief |
| **Sent:** | Tuesday, November 3, 2020 7:05 PM CST |
| **To:** | Blasini Francois |
| **Subject:** | What You Need to Know for the Week of Nov. 2 |

**Week of November 2, 2020**

# @mcd Field Brief

**2021 Planning Tools Now Available for your Organization**



**Upcoming Promotion Updates: OPNAD Meeting Recap | Prepare for Holiday Trays | Crew Shirt Arrival**

**ROIP Update: Restart of CEVs and BSVs Delayed to 2Q21 | EcoSure Visits Remain Announced**

**Exhibit 1**
**Page 1 of 5**



**Taylor Shake Sundae Connectivity & Kytch Technology Update**

McDonald's US Equipment Team, in partnership with NSLC, has been developing a strategic connectivity solution with Taylor for their Shake Sundae machine. The solution will allow operators to receive text updates when their machine is down, view number of products dispensed, and get other information to keep the machine running in optimal condition. ***The Taylor Shake Sundae Connectivity (TSSC) is currently in test with NSLC operators and the current target for release to the US market is by the end of Q1, 2021.***

*IMPORTANT SAFETY NOTE:* We have become aware that a few operators may be using an unapproved after-market technology, Kytch, on their Shake Sundae machine. This action will completely void any existing OEM equipment warranty. More importantly, McDonald's and Taylor have recently determined that the Kytch device creates a potential very serious safety risk for the crew or technician attempting to clean or repair the machine due to its remote operation capability. *As such, McDonald's strongly recommends that you remove the Kytch device from any machines and discontinue all use. Any continued use is not approved and is at your sole risk.*

**MORE INFORMATION**

**Upcoming Webcasts: Worldwide Connection 2.0 Nov. 10 | Gold Standard Chicken Launch Dec. 9**

**Register Now: Nov. 11 Webcast on Post 2020 Election Summary and Meaning**

**REGISTER NOW**

**Reminder: Nominations for NFLA Officer Positions Close Thursday, Nov. 5**

**Now Available for Download: Hazcom App**

Exhibit 1
Page 2 of 5

DOWNLOAD THE HAZCOM APP

**Nov. 4 Restaurant Brief Preview**

RESTAURANT BRIEF PREVIEW

**The Next 60 Days**



*Confidential and Proprietary – For internal distribution only – McDonald's USA*

**Exhibit 1**
**Page 3 of 5**

@mcd  |  Field Brief Archive



**Communications are improving based on your input. We're consolidating and enhancing channels (like this Field Brief and @mcd) to make it easy for you to find and use content needed to drive BBV2020.**

This email was sent to francois.blasini@us.mcd.com from usleadership@global.mcdonalds.com
Receive in Plain Text

**Exhibit 1
Page 4 of 5**



Dear Operators,

We are pleased to share that the McDonald's GSSS-Equipment Team, in partnership with the NSLC Equipment Sub-Team, has been working on a strategic connectivity solution with Taylor for their Shake Sundae machine. This solution will allow operators to receive text updates from their machine when it's down, and provide data on products dispensed, as well as other relevant information, to help restaurants keep the machine running in its optimal condition. This solution is being designed with long term benefits in mind, and would enable future connection with other equipment in the restaurants.

**IMPORTANT NOTE**: We have become aware that a few operators may be using an unapproved aftermarket technology, Kytch, on their Shake Sundae machine. As a reminder, any operator that is using this aftermarket "add-on" to any of their machines, will completely void any existing OEM equipment warranty. Additionally, any machine failures that are associated with the installation of Kytch during or after warranty expires, will be the sole responsibility of the operator, not the OEM supplier. The Kytch device allows complete access to all aspects of the equipment's controller and confidential data, including areas where only certified technicians should have access, creating potential equipment reliability issues without the restaurant's knowledge or ability to stop it. More concerning, McDonald's and Taylor have recently determined that the Kytch device creates a potential very serious safety risk for the crew or technician attempting to clean or repair the machine, given that the Kytch controller may allow the device to change its operation or continue running during cleaning or maintenance, in a manner that can cause serious human injury. ***As such, McDonald's strongly recommends that you remove the Kytch device from any machines and discontinue all use, and is reminding you that any continued use is not approved and is at your sole risk.***

For any immediate questions or concerns, please contact any one of the following individuals below:
- Taylor – Scott Nicholas, scott.nicholas@taylor-company.com
- McDonald's GSSS - Equipment Engineering, Mike Zagorski, mike.zagorski@us.mcd.com
- McDonald's GSSS – Equipment Supply Chain, John Sulit, john.sulit@us.mcd.com

**Exhibit 1**
**Page 5 of 5**