IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-279-MN <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT MCDONALD'S CORPORATION'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant McDonald's Corporation ("McDonald's") by and through the undersigned attorneys, makes the following disclosure:

1. McDonald's has no parent corporation.

2. No publicly held corporation owns 5% or more of McDonald's' stock.

Dated: April 22, 2022

Catherine Y. Lui
Nicole Gelsomini
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
clui@orrick.com
ngelsomini@orrick.com

Kristopher R. Wood
2050 Main Street, Suite 1100
Irvine, CA 92614
(949) 567-6700
kristopher.wood@orrick.com

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ Anne Shea Gaza
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant
McDonald's Corporation*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Brian E. Farnan | Elizabeth M. Locke, P.C. |
| Michael J. Farnan | Daniel P. Watkins |
| FARNAN LLP | CLARE LOCKE LLP |
| 919 N. Market St., 12th Floor | 10 Prince Street |
| Wilmington, DE 19801 | Alexandria, VA 22314 |
| bfarnan@farnanlaw.com | libby@clarelocke.com |
| mfarnan@farnanlaw.com | daniel@clarelocke.com |

Jason Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067
jsheasby@irell.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Anne Shea Gaza*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant McDonald's Corporation*