# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC.,<br><br>                        Plaintiff,<br>      v.<br><br>MCDONALD'S CORPORATION,<br><br>                        Defendant. | C.A. No. 22-279-MN |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Plaintiff's response to Defendant McDonald's Corporation's Motion to Dismiss or For a More Definite Statement as to Business and Professional Code section 17200 Claim (D.I. 9) ("Motion") is extended to and including May 27, 2022, and the deadline for Defendant's reply in support of the Motion is extended to and including June 13, 2022.

Dated: April 28, 2022

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Brian E. Farnan | /s/ Samantha G. Wilson |
| Brian E. Farnan (#4089) | Elena C. Norman (No. 4780) |
| Michael J. Farnan (#5165) | Anne Shea Gaza (No. 4093) |
| 919 North Market Street | Samantha G. Wilson (No. 5816) |
| 12th Floor | Rodney Square |
| Wilmington, DE 19801 | 1000 North King Street |
| Tel: (302) 777-0300 | Wilmington, DE 19801 |
| Fax: (302) 777-0301 | (302) 571-6600 |
| bfarnan@farnanlaw.com | enorman@ycst.com |
| mfarnan@farnanlaw.com | agaza@ycst.com |
| | swilson@ycst.com |
| *Attorneys for Plaintiff Kytch, Inc.* | *Attorneys for Defendant McDonald's Corporation* |

IT IS SO ORDERED this \_\_\_\_ day of April, 2022.

                                                    The Honorable Maryellen Noreika