IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-279-MN |
| | ) |
| MCDONALD'S CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL</u>**

Pursuant to District of Delaware Local Rule 83.7, Defendant McDonald's Corporation hereby notifies the Court that Nicole Gelsomini, previously admitted *pro hac vice* on March 14, 2022 (D.I. 7), has withdrawn as counsel for Defendant in this action. Defendant will continue to be represented by the firms of Young Conaway Stargatt & Taylor, LLP and Orrick, Herrington & Sutcliffe LLP.

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Catherine Y. Lui | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | */s/ Samantha G. Wilson* |
| The Orrick Building | Elena C. Norman (No. 4780) |
| 405 Howard Street | Anne Shea Gaza (No. 4093) |
| San Francisco, CA 94105 | Samantha G. Wilson (No. 5816) |
| (415) 773-5700 | Rodney Square |
| clui@orrick.com | 1000 North King Street |
| | Wilmington, DE 19801 |
| Kristopher R. Wood | (302) 571-6600 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | enorman@ycst.com |
| | agaza@ycst.com |
| 2050 Main Street, Suite 1100 | swilson@ycst.com |
| Irvine, CA 92614 | |
| (949) 852-7722 | *Attorneys for Defendant* |
| kristopher.wood@orrick.com | *McDonald's Corporation* |

Dated: June 14, 2022

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 14, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Jason Sheasby
IRELL & MANELLA LLP
1800 Avenue of the Stars Suite 900
Los Angeles, CA 90067
jsheasby@irell.com

Elizabeth M. Locke, P.C.
Daniel P. Watkins
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
libby@clarelocke.com
daniel@clarelocke.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant McDonald's Corporation*