IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | C.A. No. 22-279-MN |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendant to answer the Complaint (D.I. 1) is hereby extended to and including the later of: (1) May 5, 2023 or, if the case is transferred, to (2) five days after the above-captioned case is docketed in the transferee court.

| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Brian E. Farnan <br> Brian E. Farnan (No. 4089) <br> Michael J. Farnan (No. 5165) <br> 919 North Market Street <br> 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiff Kytch, Inc.* <br><br> Dated: April 11, 2023 | /s/ Anne Shea Gaza <br> Elena C. Norman (No. 4780) <br> Anne Shea Gaza (No. 4093) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> enorman@ycst.com <br> agaza@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Defendant McDonald's Corporation* |

2

IT IS SO ORDERED this \_\_\_\_ day of _____, 2023.

_____
The Honorable Maryellen Noreika