IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-279-MN |
| MCDONALD'S CORPORATION, | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO TRANSFER UNDER 18 U.S.C. § 1404(A)**

WHEREAS, Plaintiff Kytch, Inc. ("Kytch") filed its Complaint against Defendant McDonald's Corporation ("McDonald's") on March 1, 2022, in the United States District Court for the District of Delaware;

WHEREAS, both Kytch and McDonald's are incorporated in the State of Delaware;

WHEREAS, the Court denied in part and granted in part McDonald's' Motion to Dismiss following oral argument on March 29, 2023 and ordered the parties to confer on whether briefing for a motion to stay or motion to transfer is appropriate;

WHEREAS, the Parties have conferred as ordered;

WHEREAS, 28 U.S.C. § 1404(a) permits a district court, in the interest of justice, to transfer a case to another district where venue and personal jurisdiction exist; and

WHEREAS, the Parties have met and conferred and agree, subject to the approval of the Court, that a transfer of this action pursuant to 28 U.S.C. § 1404(a) to the Northern District of California, Oakland Division, is appropriate.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Kytch and McDonald's, through their undersigned counsel and subject to the Court's approval, that:

1. Pursuant to 28 U.S.C. § 1404(a), the above-captioned action shall be transferred to the United States District Court for the Northern District of California, Oakland Division; and

2. McDonald's hereby consents to personal jurisdiction in the Northern District of California for purposes of adjudicating the claims asserted by Kytch in the above-captioned action.

Dated: April 24, 2023

| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ Samantha G. Wilson* |
| Brian E. Farnan (Bar No. 4089) | Elena C. Norman (No. 4780) |
| Michael J. Farnan (Bar No. 5165) | Anne Shea Gaza (No. 4093) |
| 919 North Market Street | Samantha G. Wilson (No. 5816) |
| 12th Floor | Rodney Square, 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 777-0300 | (302) 571-6600 |
| bfarnan@farnanlaw.com | enorman@ycst.com |
| mfarnan@farnanlaw.com | agaza@ycst.com |
|  | swilson@ycst.com |
| *Of Counsel:* | *Of Counsel:* |
| Elizabeth M. Locke, P.C. | Catherine Y. Lui |
| Daniel P. Watkins | The Orrick Building, 405 Howard Street |
| 10 Prince Street | San Francisco, CA 94105 |
| Alexandria, VA 22314 | (415) 773-5700 |
| (202) 628-7407 | clui@orrick.com |
| libby@clarelocke.com |  |
| daniel@clarelocke.com | Kristopher R. Wood |
|  | 2050 Main Street, Suite 1100 |
| *Attorneys for Plaintiff Kytch, Inc.* | Irvine, CA 92614 |
|  | (949) 567-6700 |
|  | kristopher.wood@orrick.com |
|  | |
|  | *Attorneys for Defendant McDonald's Corp.* |

**SO ORDERED this 24th day of April 2023.**

*/s/ Maryellen Noreika*
**The Honorable Maryellen Noreika**
**United States District Judge**

2