Jason G. Sheasby (SBN 205455)
jsheasby@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

Elizabeth M. Locke, P.C (*phv forthcoming*)
libby@clarelocke.com
Daniel P. Watkins (*phv forthcoming*)
daniel@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone: (202) 628-7400
Facsimile:  (202) 478-0475

*Attorneys for Plaintiff Kytch, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYTCH, INC.,<br><br>             Plaintiff,<br><br>vs.<br><br>MCDONALD'S CORP.,<br><br>             Defendant. | Case No.: 3:23-cv-01998-TSH<br><br>**NOTICE OF APPEARANCE OF JASON G. SHEASBY** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Northern District of California Civil Local Rule 5-1(c)(2)(A), the following attorney hereby appears in this action as counsel of record for Plaintiff Kytch, Inc.:

> Jason G. Sheasby (SBN 205455)
> IRELL & MANELLA LLP
> jsheasby@irell.com
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California 90067-4276
> Telephone: (310) 277-1010
> Facsimile: (310) 203-7199

1  Please serve copies of all notices and documents issued by the Court or filed by the parties upon
2  the above-listed attorney.
3  DATED: May 8, 2023

*[signature: Jason Sheasby]*

Jason G. Sheasby
IRELL & MANELLA LLP

*Attorney for Plaintiff Kytch, Inc.*