# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

### Daniel Paul Watkins

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2012.

I further certify that so far as the records of this office are concerned, Daniel Paul Watkins is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court
This 12th day of January
A.D. 2023

By: _/s/ Melinda Clayman_
       *Deputy Clerk*