FILED
Jun 15 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kytch, Inc.,

　　　　Plaintiff(s),

v.

McDonald's Corporation,

　　　　Defendant(s).

Case No. 23-cv-01998-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Daniel P. Watkins, an active member in good standing of the bar of the Commonwealth of Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Kytch, Inc. in the above-entitled action. My local co-counsel in this case is Jason Sheasby, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 205455.

| 10 Prince Street, Alexandria, VA 22314 | 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 628-7407 | (310) 277-1010 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| daniel@clarelocke.com | jsheasby@irell.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

　　　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 84592.

　　　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　　　I have been granted pro hac vice admission by the Court no times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/15/23

Daniel P. Watkins
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel P. Watkins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 16, 2023

UNITED STATES D~~ISTRICT~~/MAGISTRATE JUDGE
HONORABLE THOMAS S. HIXSON

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Daniel Paul Watkins

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2012.

I further certify that so far as the records of this office are concerned, Daniel Paul Watkins is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 12th day of January
A.D. 2023

By: _____
Deputy Clerk