Jason Sheasby (SBN 205455)
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Elizabeth M. Locke, P.C. (*pro hac vice*)
libby@clarelocke.com
Jered T. Ede (SBN 273400)
jered@clarelocke.com
Amy M. Roller (*pro hac vice*)
amy@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone: (202) 628-7400
Facsimile: (202) 478-0475

*Attorneys for Plaintiff Kytch, Inc.*

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORP., <br><br> Defendant. | CASE NO: 3:23-CV-01998-TSH <br><br> **NOTICE OF APPEARANCE OF** <br> **JERED T. EDE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Northern District of California Civil Local Rule 5-1(c)(2)(A), the following attorney hereby appears in this action as counsel of record for Plaintiff Kytch, Inc.:

> Jered T. Ede, SBN 273440
> Clare Locke LLP
> 10 Prince Street
> Alexandria, VA 22314
> Telephone: (202) 899-7409
> Facsimile: (202) 478-0475

Email: jered@clarelocke.com

Please serve copies of all notice and documents issued by the Court or filed by the parties upon the above-listed attorney.

Dated: August 22, 2023                          CLARE LOCKE LLP

By: */s/ Jered T. Ede*
Jered T. Ede