1  Elizabeth M. Locke, P.C (*pro hac vice*)
   libby@clarelocke.com
2  Jered T. Ede SBN 273440
   jered@clarelocke.com
3  CLARE LOCKE LLP
   10 Prince Street
4  Alexandria, Virginia 22314
   Telephone: (202) 628-7400
5  Facsimile:  (202) 478-0475

6  *Attorneys for Plaintiff Kytch, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| KYTCH, INC., | CASE No. 23-CV-01998-TSH |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| MCDONALD'S, | |
| Defendants. | |

- 1 -
MOTION TO WITHDRAW AS COUNSEL

**MOTION TO WITHDRAW AS COUNSEL**

Clare Locke LLP, by and through Jered T. Ede, undersigned counsel, moves to withdraw as counsel in the above captioned matter. In support of this motion, he shows as follows:

1. Plaintiff Kytch, Inc., is represented by Jason Sheasby of the law firm Irell & Manella LLP, Daniel Watkins and Amy Roller of the law firm Meier Watkins Phillips Pusch LLP, and Elizabeth M. Locke, P.C., and Jered T. Ede of the law firm Clare Locke LLP.

2. Plaintiff Kytch Inc., consents to the withdrawal of Clare Locke LLP, Elizabeth M. Locke, P.C., and Jered T. Ede, from further representation of Kytch, Inc. in this matter.

3. Plaintiff Kytch, Inc. will continue to be represented by Jason Sheasby of Irell & Manella LLP, Daniel Watkins and Amy Roller of Meier Watkins Phillips Pusch LLP.

Dated:      October 17, 2023                    Respectfully Submitted,

CLARE LOCKE LLP

By: /s/ Jered T. Ede
Elizabeth M. Locke, P.C. (*pro hac vice*)
Jered T. Ede SBN 273440

*Withdrawing Attorneys for Plaintiff Kytch, Inc.*

\*\*\* ORDER \*\*\*

For good casue, the Court GRANTS Clare Locke LLP's motion to withdraw as counsel. The Clerk shall terminate Clare Locke LLP, Elizabeth M. Locke, P.C., and Jered T. Ede from the docket.

Date:   October ___, 2023                    _____
                                             UNITED STATES DISTRICT/MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that, on October 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing the following: MOTION TO WITHDRAW AS COUNSEL.

By: */s/ Jered T. Ede*
Jered T. Ede

**Meier Watkins Phillips Pusch LLP**
Daniel P. Watkins (*pro hac vice*)
1629 K Street N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 318-3655
daniel.watkins@mwpp.com

**Irell & Manella**
Jason Sheasby SBN 205455
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
jsheasby@irell.com

*Attorneys for Kytch, Inc.*

**Young Conaway Stargatt & Taylor, LLP**

Catherine Y. Lui
Nicole Gelsomini
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
clui@orrick.com
ngelsomini@orrick.com

Kristopher R. Wood
2050 Main Street, Suite 1100
Irvine, CA 92614
(949) 567-6700
kristopher.wood@orrick.com

| | |
|---|---|
| 1 | Elena C. Norman (No. 4780) |
| | Anne Shea Gaza (No. 4093) |
| 2 | Samantha G. Wilson (No. 5816) |
| | Rodney Square |
| 3 | 1000 North King Street |
| | Wilmington, DE 19801 |
| 4 | (302) 571-6600 |
| | enorman@ycst.com |
| 5 | agaza@ycst.com |
| | swilson@ycst.com |

*Attorneys for Defendant McDonald's Corporation*

- 4 -
MOTION TO WITHDRAW AS COUNSEL