| | |
|---|---|
| 1 | Elizabeth M. Locke, P.C (*pro hac vice*) |
| | libby@clarelocke.com |
| 2 | Jered T. Ede SBN 273440 |
| | jered@clarelocke.com |
| 3 | CLARE LOCKE LLP |
| | 10 Prince Street |
| 4 | Alexandria, Virginia 22314 |
| | Telephone: (202) 628-7400 |
| 5 | Facsimile:  (202) 478-0475 |
| 6 | *Attorneys for Plaintiff Kytch, Inc.* |

**GRANTED**
T.M. H̶
Judge Thomas S. Hixson

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KYTCH, INC., | CASE No. 23-CV-01998-TSH |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| MCDONALD'S, | |
| Defendants. | |

- 1 -
MOTION TO WITHDRAW AS COUNSEL

**MOTION TO WITHDRAW AS COUNSEL**

Clare Locke LLP, by and through Jered T. Ede, undersigned counsel, moves to withdraw as counsel in the above captioned matter. In support of this motion, he shows as follows:

1. Plaintiff Kytch, Inc., is represented by Jason Sheasby of the law firm Irell & Manella LLP, Daniel Watkins and Amy Roller of the law firm Meier Watkins Phillips Pusch LLP, and Elizabeth M. Locke, P.C., and Jered T. Ede of the law firm Clare Locke LLP.

2. Plaintiff Kytch Inc., consents to the withdrawal of Clare Locke LLP, Elizabeth M. Locke, P.C., and Jered T. Ede, from further representation of Kytch, Inc. in this matter.

3. Plaintiff Kytch, Inc. will continue to be represented by Jason Sheasby of Irell & Manella LLP, Daniel Watkins and Amy Roller of Meier Watkins Phillips Pusch LLP.

Dated:     October 17, 2023          Respectfully Submitted,

CLARE LOCKE LLP

By: /s/ Jered T. Ede
Elizabeth M. Locke, P.C. (*pro hac vice*)
Jered T. Ede SBN 273440

*Withdrawing Attorneys for Plaintiff Kytch, Inc.*

\*\*\* ORDER \*\*\*

For good casue, the Court GRANTS Clare Locke LLP's motion to withdraw as counsel. The Clerk shall terminate Clare Locke LLP, Elizabeth M. Locke, P.C., and Jered T. Ede from the docket.

Date:   October 19, 2023             _____
                                      THOMAS S. HIXSON
                                      UNITED STATES MAGISTRATE JUDGE