IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 27 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

KYTCH, INC.

    Plaintiff,

v.

McDONALD'S CORPORATION,

    Defendant.

Case No. 3:23-cv-01998-TSH

### NOTICE OF CLAIM OF LIEN FOR ATTORNEY FEES

ATTORNEY:

Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314
tom@clarelocke.com
libby@clarelocke.com
(202) 628-7400

CLIENT:

Kytch, Inc.
3327 Seldon Court
Fremont, CA 94537

**NOTICE:** Pursuant to Va. Code § 54.1-3932, the attorney named above has claimed a lien upon the cause of action asserted by the client(s) or former client(s) named above as security for the contracted fees for services rendered in relation to the cause of action or claim asserted in the caption. Written notice of this lien is being given either within 45 days of the end of representation or (a) in causes of action sounding in tort or for liquidated or unliquidated damages on contract, before settlement or adjustment, whichever is earlier or (b) in cases of annulment or divorce, before final judgment is entered, whichever is earlier.

**NOTICE FURTHER**: that the lien arises from a contract entered into between attorney and client that expressly chooses Virginia law and requires arbitration of any dispute thereunder in Virginia administered by the American Arbitration Association. It is anticipated that any dispute as to the validity and amount of the lien must and will be determined in arbitration.

**NOTICE FURTHER**: that pursuant to Virginia Code § 54.1-3932, written notice of this lien will be provided by the undersigned to the clerk of the court in which a case may be pending, including the clerk of the U.S. District Court for the Northern District of California.

**Description of cause of action or claim upon which a lien is asserted**: actions for damages and other relief under the Lanham Act and statutory and common law of trade secrets, trade libel, tortious interference, and interference with business relations, violation of California Business & Professions Code § 17200 et seq., violation of California Business & Professions Code § 17500 et seq., and related claims, as set forth more particularly in the pleadings in the captioned action.

I, the undersigned counsel, certify that I have caused to be served a copy of this written notice to my client(s) or former client(s) listed above. I have also caused to be served a copy of this written notice to the opposing parties' attorneys or agents listed below.

**Attorneys for Plaintiff KYTCH, INC.**
Jason Sheasby
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Daniel P. Watkins
daniel.watkins@mwpp.com
Amy McCann roller
amccannroller@mwpp.com
MEIER WATKINS
PHILLIPS PUSCH LLP
1629 K Street, NW, Suite 300
Washington, DC 20006

Brian E. Farnan
bfarnan@farnanlaw.com
Michael J. Farnan
mfarnan@farnanlaw.com
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301

**Attorneys for Defendant McDONALD'S CORPORATION**
Anne Shea Gaza
gaza@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 658-6541

Catherine Yunshan Lui
clui@orrick.com
Kristopher R Wood
kristopher.wood@orrick.com
ORRICK, HERRINGTON
& SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5571
Facsimile: 415.773.5579

Elena C. Norman
enorman@ycst.com
Samantha G. Wilson
swilson@ycst.com
YOUNG, CONAWAY,
STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-5029

Date: November 24, 2023

CLARE LOCKE LLP

By: _____
Thomas A. Clare
Elizabeth M. Locke

10 Prince Street
Alexandria, Virginia 22314
tom@clarelocke.com
libby@clarelocke.com
(202) 628-7400