

# CLARE LOCKE
L L P

| THOMAS A. CLARE, P.C. | | ELIZABETH M. LOCKE, P.C. |
|---|---|---|
| tom@clarelocke.com | 10 Prince Street | libby@clarelocke.com |
| (202) 628-7401 | Alexandria, Virginia 22314 | (202) 628-7402 |

(202) 628-7400

www.clarelocke.com

November 24, 2023

Office of the Clerk
United States District Court
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

RECEIVED

NOV 27 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Re:   Kytch v. McDonald's et al., Case No. 3:23-cv-01998-TSH

Dear Sir or Madam:

Undersigned counsel is asserting a lien for fees under Virginia Code sec. 54. 1-3932. Under that statute, we are required to provide notice of the claim of lien to the clerk of court in which a case may be pending with respect to the lien, as well as to certain other parties. Accordingly, I enclose a copy of a Notice of Claim of Lien.

Please contact the undersigned if you have any questions.

Very truly yours,

CLARE LOCKE LLP



Thomas A. Clare, P.C.



Elizabeth M. Locke, P.C.