| | |
|---|---|
| Jason Sheasby SBN 205455<br>jsheasby@irell.com<br>IRELL & MANELLA<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4267<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 | Catherin Y. Lui SBN 239648<br>clui@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard St,<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773 5759 |
| Daniel P. Watkins (*pro hac vice*)<br>daniel.watkins@mwpp.com<br>Amy M. Roller (*pro hac vice*)<br>amccannroller@mwpp.com<br>MEIER WATKINS PHILLIPS PUSCH LLP<br>919 18th Street NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 318-3655 | Kristopher R. Wood SBN 284727<br>kristopher.wood@orrick.com<br>Catherine L. Malone SBN 325283<br>cmalone@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street Ste. 1100<br>Irvine, CA 92614<br>2050 Main Street<br>Suite 1100<br>Irvine, CA 92614-8255<br>United States<br>Telephone: (949) 567 6700<br>Facsimile: (949) 567-6710 |
| *Attorneys for Plaintiff Kytch, Inc.* | *Attorneys for Defendant McDonald's Corp.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>        Defendant. | No. 23-CV-01998 |

**JOINT STIPULATION TO EXTEND CERTAIN PRE-TRIAL DEADLINES AND CONTINUE TRIAL**

1  Plaintiff Kytch, Inc. ("Plaintiff") and Defendant McDonald's Corporation, by and through
2  counsel of record (collectively "Parties"), hereby state as follows:

3  WHEREAS, on July 27, 2023, the Court issued a Case Management Order setting the close
4  of fact discovery on April 15, 2024, and setting the jury trial in this matter for February 2, 2025;

5  WHEREAS, Defendants in a related case Kytch is prosecuting in the Superior Court for the
6  State of California for the County of Alameda sought a continuance, and that trial was recently
7  postponed until May 2024;

8  WHEREAS, this continuance has required Plaintiff to expend significant resources to
9  prosecute the Alameda County action, and more time is needed to complete fact discovery and
10 comply with the deadlines in this case;

11 WHEREAS, Parties met and conferred regarding a continuance and agreed to a six-month
12 extension of time for all discovery, dispositive motion, pre-trial, and trial deadlines, other than the
13 March 18, 2024 deadline to seek leave to amend pleadings;

14 NOW, THEREFORE, the Parties respectfully stipulate and agree, by and through their
15 respective counsel of record, as follows:

## STIPULATION

17 IT IS HEREBY STIPULATED that all deadlines in this case, other than the deadline to seek
18 leave to amend pleadings, are continued by six months as set forth in the below table:

|  | Original Date | New Proposed Date |
|---|---|---|
| Deadline to Seek Leave to Amend Pleadings | 3/18/2024 | 3/18/2024 |
| Close of Fact Discovery | 4/15/2024 | 10/15/2024 |
| Rule 26 Expert Disclosures | 5/6/2024 | 11/6/2024 |
| Rule 26 Rebuttal Expert Disclosures | 5/31/2024 | 12/9/2024 |
| Close of Expert Discovery | 7/3/2024 | 1/31/2025 |
| Deadline to File Dispositive Motions | 8/12/2024 | 2/14/2025 |
| Deadline to File Dispositive Motion Opposition | 9/6/2024 | 3/10/2025 |
| Deadline to File Dispositive Motion Reply | 9/23/2024 | 3/27/2025 |

| Hearing on Dispositive Motions | 10/17/2024 | 4/17/2025 |
|---|---|---|
| Exchange of Pretrial Disclosures | 11/25/2024 | 5/27/2025 |
| Deadline to File Pretrial Documents | 12/9/2024 | 6/9/2025 |
| Deadline to File Oppositions to Motions in Limine | 12/23/2024 | 6/27/2025 |
| Pretrial Conference | 1/16/2025 | 7/16/2025 |
| Final Pretrial Conference | 2/13/2025 | 8/14/2025 |
| Jury Trial (Duration to be determined) | 2/24/2025 | 8/25/2025 |

**IT IS SO STIPULATED**, through Counsel of Record.

DATED:  March 4, 2024

                                       **FOR PLAINTIFF KYTCH, INC.**

                               */s/ Daniel P. Watkins*
                             DANIEL P. WATKINS
                             MEIER WATKINS PHILLIPS PUSCH LLP
                             *Attorney for Plaintiff Kytch, Inc.*

                             **FOR DEFENDANT MCDONALD'S CORP.**

                             */s/ Catherine Y. Lui*
                             CATHERINE Y. LUI
                             ORRICK HERRINGTON & SUTCLIFFE, LLP
                             *Attorney for Defendant McDonald's Corp.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____  _____
                                     THOMAS S. HIXSON
                           United States District/Magistrate Judge