Jason Sheasby SBN 205455
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Daniel P. Watkins (*pro hac vice*)
daniel.watkins@mwpp.com
Amy M. Roller (*pro hac vice*)
amccannroller@mwpp.com
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655

*Attorneys for Plaintiff Kytch, Inc.*

Catherine Y. Lui SBN 239648
clui@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St,
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773 5759

Kristopher R. Wood SBN 284727
kristopher.wood@orrick.com
Catherine L. Malone SBN 325283
cmalone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street Ste. 1100
Irvine, CA 92614
Telephone: (949) 567 6700
Facsimile: (949) 567-6710

*Attorneys for Defendant McDonald's Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>Defendant. | Case No. 23-cv-01998-TSH<br><br>STIPULATION TO STAY ACTION AND PROPOSED ORDER<br><br>Dept: Courtroom E, 15th Floor<br>Judge: Honorable Thomas S. Hixson |

WHEREAS Plaintiff Kytch, Inc. ("Plaintiff") and Defendant McDonald's Corp., ("Defendant") are parties to a civil action entitled *Kytch, Inc. v. McDonald's Corporation,* in the United States District Court for the Northern District of California, Case No. 23-cv-01998-TSH (the "N.D. Cal. Litigation");

WHEREAS Plaintiff was also prosecuting a related case in the Superior Court for the State of California for the County of Alameda ("the Alameda Litigation");

WHEREAS on March 7, 2024, Defendant participated in a mediation with Plaintiff and the Defendants in the Alameda Litigation in the hope of achieving a global settlement of the pending disputes; and

WHEREAS on March 14, 2024, the parties tentatively reached an agreement for settlement of both the Alameda Litigation and the N.D. Cal. Litigation, which they are working to finalize;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that:

To promote judicial economy and efficiency, all proceedings before this Court in this action are stayed for ninety (90) days to allow the Parties to finalize and execute the settlement agreement. Should the Parties be unsuccessful in resolving the matter by the end of the stay period, the Parties will meet and confer and submit a schedule for proceeding with this matter.

**IT IS SO STIPULATED.**

Dated:      March 15, 2024            Respectfully submitted,

FOR PLAINTIFF KYTCH, INC.

*/s/ Daniel P Watkins*
DANIEL P. WATKINS
Meir Watkins Phillips Pusch LLP
*Attorney for Plaintiff Kytch, Inc.*

Dated: March 15, 2024　　FOR DEFENDANT MCDONALD'S CORP.

*/s/ Catherine Y. Lui*
CATHERINE Y. LUI
Orrick, Herrington & Sutcliffe, LLP
*Attorney for Defendant McDonald's Corp.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this ___ day of March, 2024.

_____
Honorable Thomas S. Hixson
United States District Court Judge

## **ATTESTATION**

I, Catherine Lui, am the ECF User whose ID and password are being used to file this Stipulation To Stay Action And Proposed Order. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:    March 15, 2024

*/s/ Catherine Y. Lui*
CATHERINE Y. LUI
Orrick, Herrington & Sutcliffe, LLP
*Attorney for Defendant McDonald's Corp.*