| | |
|---|---|
| Jason Sheasby SBN 205455<br>jsheasby@irell.com<br>IRELL & MANELLA<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4267<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 | Catherine Y. Lui SBN 239648<br>clui@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard St,<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773 5759 |
| Daniel P. Watkins (*pro hac vice*)<br>daniel.watkins@mwpp.com<br>Amy M. Roller (*pro hac vice*)<br>amccannroller@mwpp.com<br>MEIER WATKINS PHILLIPS PUSCH LLP<br>919 18th Street NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 318-3655 | Kristopher R. Wood SBN 284727<br>kristopher.wood@orrick.com<br>Catherine L. Malone SBN 325283<br>cmalone@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street Ste. 1100<br>Irvine, CA 92614<br>Telephone: (949) 567 6700<br>Facsimile: (949) 567-6710 |
| *Attorneys for Plaintiff Kytch, Inc.* | *Attorneys for Defendant McDonald's Corp.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MCDONALD'S CORPORATION,<br><br>        Defendant. | Case No. 23-cv-01998-TSH<br><br>STIPULATION TO STAY ACTION AND ~~PROPOSED~~ ORDER<br><br>Dept:  Courtroom E, 15th Floor<br>Judge: Honorable Thomas S. Hixson |

WHEREAS Plaintiff Kytch, Inc. ("Plaintiff") and Defendant McDonald's Corp., ("Defendant") are parties to a civil action entitled *Kytch, Inc. v. McDonald's Corporation,* in the United States District Court for the Northern District of California, Case No. 23-cv-01998-TSH (the "N.D. Cal. Litigation");

WHEREAS Plaintiff was also prosecuting a related case in the Superior Court for the State of California for the County of Alameda ("the Alameda Litigation");

WHEREAS on March 7, 2024, Defendant participated in a mediation with Plaintiff and the Defendants in the Alameda Litigation in the hope of achieving a global settlement of the pending disputes; and

WHEREAS on March 14, 2024, the parties tentatively reached an agreement for settlement of both the Alameda Litigation and the N.D. Cal. Litigation, which they are working to finalize;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that:

To promote judicial economy and efficiency, all proceedings before this Court in this action are stayed for ninety (90) days to allow the Parties to finalize and execute the settlement agreement. Should the Parties be unsuccessful in resolving the matter by the end of the stay period, the Parties will meet and confer and submit a schedule for proceeding with this matter.

**IT IS SO STIPULATED.**

Dated:      March 15, 2024          Respectfully submitted,

                                    FOR PLAINTIFF KYTCH, INC.

                                    */s/ Daniel P Watkins*
                                    DANIEL P. WATKINS
                                    Meir Watkins Phillips Pusch LLP
                                    *Attorney for Plaintiff Kytch, Inc.*

1
2   Dated:   March 15, 2024          FOR DEFENDANT MCDONALD'S CORP.
3
                                        */s/ Catherine Y. Lui*
4                                       CATHERINE Y. LUI
                                        Orrick, Herrington & Sutcliffe, LLP
5                                       *Attorney for Defendant McDonald's Corp.*
6
7                              **[PROPOSED] ORDER**
8   PURSUANT TO STIPULATION, IT IS SO ORDERED.

    DATED this __15th__ day of March, 2024.
9
10
11
12                              _____
                                Honorable Thomas S. Hixson
13                              United States District Court Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4164-9741-9599.3                                        STIPULATION TO STAY ACTION
                            - 2 -                       23-CV-01998-TSH

# **ATTESTATION**

I, Catherine Lui, am the ECF User whose ID and password are being used to file this Stipulation To Stay Action And Proposed Order. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 15, 2024

*/s/ Catherine Y. Lui*
CATHERINE Y. LUI
Orrick, Herrington & Sutcliffe, LLP
*Attorney for Defendant McDonald's Corp.*