Jered T. Ede (SBN 273440)
    jered@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Facsimile:  (202) 478-0475

*Attorney for Clare Locke LLP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S, <br><br> Defendants. | CASE No. 23-CV-01998-TSH <br><br> **NOTICE OF OBJECTION TO DISMISSAL IN LIGHT OF ATTORNEYS' LIEN** |

PLEASE TAKE NOTICE THAT the undersigned, Clare Locke LLP, through its attorney Jered T. Ede, objects to any dismissal of this matter in light of Clare Locke's pending and unsatisfied attorneys' lien.

Clare Locke previously represented the plaintiff, Kytch, Inc., in this matter. In November 2020 when Clare Locke contracted with Kytch to represent it, Clare Locke acquired a lien pursuant to Virginia Code § 54.1-3932 on Kytch's causes of action. Clare Locke subsequently withdrew as counsel to Kytch. On November 24, 2023, Clare Locke gave written notice of its attorneys' liens to Kytch, opposing counsel, and the relevant clerks of court, including the clerk of court in Alameda County. *See* Exhibits A–D. Thus, "any settlement" that the parties may purport to reach in any of the Kytch matters "is void against the lien[s]" that Clare Locke maintains. Va. Code § 54.1-3932. Additionally, this Court cannot approve a settlement or dismiss the case in the face of Clare Locke's lien. *See Epstein v. Abrams*, 67 Cal. Rptr. 2d 555, 561 (Cal. Ct. App. 1997).

Nonetheless, Clare Locke has recently learned that the parties to this case may have purported to reach a settlement, and that on March 15, 2024, this Court entered a Stipulation To Stay Action and Order (Dkt. 53) whereby the parties advised, "on March 14, 2024, the parties tentatively reached an agreement for settlement of both the Alameda Litigation and the N.D. Cal. Litigation, which they are working to finalize" and sought the Court's consent (which the Court granted) to stay the action "to allow the Parties to finalize and execute the settlement agreement." *Id.* at 2.

Clare Locke was not consulted about any settlement, and its attorneys' liens have not been addressed or satisfied. Unless and until Clare Locke's attorneys' liens have been satisfied, "[t]he settlement proceeds will thus be tied up until everyone involved can agree" on how to resolve the lien or until the issue is decided in "an independent action for declaratory relief." *Carroll v. Interstate Brands Corp.*, 121 Cal. Rptr. 2d 532, 535 (Cal. Ct. App. 2002) (alteration in original). Clare Locke has instituted that independent action in accordance with the dispute resolution provision specified in its agreement with Kytch.

Clare Locke respectfully requests that the Court deny any request for dismissal or other settlement approval from any party until Clare Locke's attorneys' liens have been resolved; that the Court provide notice and an opportunity for Clare Locke to be heard in connection with any such request; and for all other just and appropriate relief.  Clare Locke reserves the right to file a motion or other appropriate process in connection with its objection and attorneys' lien.

Dated:      March 25, 2024               Respectfully Submitted,

CLARE LOCKE LLP
By: /s/  Jered T. Ede
Jered T. Ede SBN 273440

*Attorney for Clare Locke LLP*

# CERTIFICATE OF SERVICE

I hereby certify that, on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing the following: MOTION TO WITHDRAW AS COUNSEL.

By: */s/ Jered T. Ede*
Jered T. Ede

**Meier Watkins Phillips Pusch LLP**
Daniel P. Watkins
Amy McCann Roller
1629 K Street N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 318-3655
daniel.watkins@mwpp.com
amccannroller@mwpp.com

**Irell & Manella**
Jason Sheasby SBN 205455
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
jsheasby@irell.com

*Attorneys for Kytch, Inc.*

**Orrick, Herrington & Sutcliffe LLP**
Catherine Y. Lui
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
clui@orrick.com

Kristopher R. Wood
Catherine L. Malone
2050 Main Street, Suite 1100
Irvine, CA 92614
(949) 567-6700
kristopher.wood@orrick.com
cmalone@orrick.com

1  **Young Conaway Stargatt & Taylor, LLP**
   Elena C. Norman (No. 4780)
2  Anne Shea Gaza (No. 4093)
   Samantha G. Wilson (No. 5816)
3  Rodney Square
   1000 North King Street
4  Wilmington, DE 19801
   (302) 571-6600
5  enorman@ycst.com
   agaza@ycst.com
6  swilson@ycst.com

7  *Attorneys for Defendant McDonald's Corporation*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28