# EXHIBIT A

1  Elizabeth M. Locke, P.C (*pro hac vice*)
   libby@clarelocke.com
2  Jered T. Ede (SBN 273440)
   jered@clarelocke.com
3  CLARE LOCKE LLP
   10 Prince Street
4  Alexandria, VA 22314
   Telephone: (202) 628-7400
5  Facsimile: (202) 478-0475

6              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

7                     **FOR THE COUNTY OF ALAMEDA**

8  | KYTCH, INC., | CASE NO: RG21099155 |
   |---|---|
9  | Plaintiff, | ASSIGNED TO ALL PURPOSES TO: Hon. Michael Markman & Jenna Whitman Department 14 |
10 | | |
11 | v. | **NOTICE OF CLAIM OF LIEN FOR ATTORNEY FEES PURSUANT TO VA. CODE § 54.1-3932** |
12 | | |
13 | JONATHAN TYLER GAMBLE; TFGROUP LLC; AND TAYLOR COMMERCIAL FOODSERVICE, LLC DBA TAYLOR COMPANY, | |
14 | | |
15 | | |
16 | Defendants. | |

17

18         **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

19         **YOU ARE HEREBY NOTIFIED** that pursuant to Virginia Code § 54.1-3932, the

20  attorney named below has claimed a lien upon the cause of action asserted by the client(s)

21  or former client(s) named above as security for the contracted fees for services rendered in

22  relation to the cause of action or claim asserted in the caption.

23  ATTORNEY:                                    CLIENT:

24  Clare Locke LLP                              Kytch, Inc.
    10 Prince Street                             3327 Seldon Court
25  Alexandria, Virginia 22314                   Fremont, CA 94537
    tom@clarelocke.com
26  libby@clarelocke.com
    (202) 628-7400

27

28

---
1
NOTICE OF CLAIM OF LIEN FOR ATTORNEY FEES

Written notice of this lien is being given either within 45 days of the end of representation or (a) in causes of action sounding in tort or for liquidated or unliquidated damages on contract, before settlement or adjustment, whichever is earlier or (b) in cases of annulment or divorce, before final judgment is entered, whichever is earlier.

**NOTICE FURTHER**: that the lien arises from a contract entered into between attorney and client that expressly chooses Virginia law and requires arbitration of any dispute thereunder in Virginia administered by the American Arbitration Association. It is anticipated that any dispute as to the validity and amount of the lien must and will be determined in arbitration.

**NOTICE FURTHER**: that pursuant to Virginia Code § 54.1-3932, written notice of this lien will be provided by the undersigned to the clerk of the court in which a case may be pending, including the clerk of the Superior Court for the State of California in the County of Alameda.

**Description of cause of action or claim upon which a lien is asserted**: Actions for damages and other relief under statutory and common law of tortious interference with contractual relations, intentional interference with business expectancy, trade libel/defamation, violation of the California Computer Data Access and Fraud Act, violation of the California Uniform Trade Secrets Act, violation of California Business & Professions Code § 17200 et seq., violation of California Business & Professions Code § 17500 et seq., breach of contract, and related claims, as set forth more particularly in the pleadings in the captioned action.

I, the undersigned counsel, certify that I have caused to be served a copy of this written notice to my former client(s) listed above. I have also caused to be served a copy of this written notice to the parties' attorneys or agents listed below:

| | | |
|---|---|---|
| 1 | **Attorneys for Plaintiff KYTCH, INC.**<br>JASON SHEASBY | **Attorneys for Defendant**<br>**TFGROUP LLC** |
| 2 | jsheasby@irell.com<br>IRELL & MANELLA | TIM M. AGAJANIAN<br>tim.agajanian@ropers.com |
| 3 | 1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4267 | PAULA B. NYSTROM<br>paula.nystrom@ropers.com |
| 4 | Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 | NANCY BATCHELDER<br>nancy.batchelder@ropers.com |
| 5 | | KEVIN W. ISAACSON<br>kevin.isaacson@ropers.com |
| 6 | DANIEL P. WATKINS<br>daniel.watkins@mwpp.com | ROPERS MAJESKI |
| 7 | AMY MCCANN ROLLER<br>amccannroller@mwpp.com | KOHN BENTLEY PC<br>445 S. Figueroa St., 30th Floor |
| 8 | MEIER WATKINS<br>PHILLIPS PUSCH LLP | Los Angeles, California 90071<br>333 W Santa Clara St Suite 910 |
| 9 | 1629 K Street, NW, Suite 300<br>Washington, DC 20006 | San Jose, CA 95113<br>Telephone: (213) 312-2000 |
| 10 | | Facsimile: (213) 312-2001<br>Facsimile: (408) 918-4501 |
| 11 | **Attorneys for Defendants JONATHAN TYLER GAMBLE, and J.L. GAMBLE** | **Attorneys for Defendant TAYLOR COMMERCIAL FOODSERVICE LLC** |
| 12 | **MANAGEMENT LLC DBA MCDONALD'S** | **dba TAYLOR COMPANY**<br>LANCE A. ETCHEVERRY |
| 13 | DAVID V. ROTH<br>dvr@manningllp.com | lance.etcheverry@skadden.com<br>RAZA RASHEED |
| 14 | ANTHONY J. ELLROD<br>aje@manningllp.com | raza.rasheed@skadden.com<br>WINSTON HSIAO |
| 15 | NATALYA VASYUK<br>ndv@manningllp.com | winston.hsaio@skadden.com<br>ANDREW FUCHS |
| 16 | MANNING & KASS, ELLROD,<br>RAMIREZ, TRESTER LLP | andrew.fuchs@skadden.com<br>SKADDDEN ARPS SLATE |
| 17 | One California Street, Suite 900<br>San Francisco, California 94111 | MEAGHER & FLOM<br>525 University Avenue |
| 18 | Telephone: (415) 217-6990 | Palo Alto, California 94301<br>Telephone: (650) 470-3170 |
| 19 | | Facsimile: (650) 798-6570 |
| 20 | | |
| 21 | | |
| 22 | Date: November 24, 2023 | CLARE LOCKE LLP |
| 23 | | By: _____ Clare PC<br>Thomas A. Clare, P.C. |
| 24 | | Elizabeth M. Locke, P.C. |
| 25 | | 10 Prince Street |
| 26 | | Alexandria, Virginia 22314<br>tom@clarelocke.com |
| 27 | | libby@clarelocke.com<br>(202) 628-7400 |
| 28 | | |

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYTCH, INC. | |
| Plaintiff, | |
| v. | Case No. 22-606 (MN) |
| TAYLOR COMMERCIAL FOODSERVICE DBA TAYLOR COMPANY, | |
| Defendant. | |

### NOTICE OF CLAIM OF LIEN FOR ATTORNEY FEES

ATTORNEY:

Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314
tom@clarelocke.com
libby@clarelocke.com
(202) 628-7400

CLIENT:

Kytch, Inc.
3327 Seldon Court
Fremont, CA 94537

**NOTICE:** Pursuant to Va. Code § 54.1-3932, the attorney named above has claimed a lien upon the cause of action asserted by the client(s) or former client(s) named above as security for the contracted fees for services rendered in relation to the cause of action or claim asserted in the caption. Written notice of this lien is being given either within 45 days of the end of representation or (a) in causes of action sounding in tort or for liquidated or unliquidated damages on contract, before settlement or adjustment, whichever is earlier or (b) in cases of annulment or divorce, before final judgment is entered, whichever is earlier.

**NOTICE FURTHER**: that the lien arises from a contract entered into between attorney and client that expressly chooses Virginia law and requires arbitration of any dispute thereunder in Virginia administered by the American Arbitration Association. It is anticipated that any dispute as to the validity and amount of the lien must and will be determined in arbitration.

**NOTICE FURTHER**: that pursuant to Virginia Code § 54.1-3932, written notice of this lien will be provided by the undersigned to the clerk of the court in which a case may be pending, including the clerk of the U.S. District Court for the District of Delaware.

**Description of cause of action or claim upon which a lien is asserted**: actions for damages and other relief under the Lanham Act, and related claims, as set forth more particularly in the pleadings in the captioned action.

I, the undersigned counsel, certify that I have caused to be served a copy of this written notice to my former client(s) listed above. I have also caused to be served a copy of this written notice to the opposing parties' attorneys or agents listed below.

| | |
|---|---|
| **Attorneys for Plaintiff KYTCH, INC.**<br>Jason Sheasby<br>jsheasby@irell.com<br>IRELL & MANELLA<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4267<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Daniel P. Watkins<br>daniel.watkins@mwpp.com<br>MEIER WATKINS<br>PHILLIPS PUSCH LLP<br>1629 K Street, NW, Suite 300<br>Washington, DC 20006<br><br>Brian E. Farnan<br>bfarnan@farnanlaw.com<br>Michael J. Farnan<br>mfarnan@farnanlaw.com<br>FARNAN LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301 | **Attorneys for Defendant-Appellee**<br>**TAYLOR COMMERCIAL**<br>**FOODSERVICE LLC, dba TAYLOR**<br>**COMPANY**<br>Edward B. Micheletti, Esq.<br>edward.micheletti@skadden.com<br>Sarah Taylor Runnells Martin, Esq.<br>sarah.runnells@skadden.com<br>SKADDEN ARPS SLATE<br>MEAGHER & FLOM<br>One Rodney Square<br>920 N King Street, 7th Floor<br>Wilmington, DE 19801<br>Telephone: 302-651-3220<br>Facsimile: 302-651-3001 |
| Date: November 24, 2023 | CLARE LOCKE LLP<br><br>By: _/s/ Thomas A. Clare_<br>Thomas A. Clare<br>Elizabeth M. Locke<br><br>10 Prince Street<br>Alexandria, Virginia 22314<br>tom@clarelocke.com<br>libby@clarelocke.com<br>(202) 628-7400 |

# **EXHIBIT C**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | |
|---|---|
| KYTCH, INC. | Case No. 23-1810 |
| *Plaintiff-Appellant,* | |
| v. | On Appeal from the U.S. District Court for the District of Delaware (Case No. 1:22-CV-00606-MN Hon. Maryellen Norieka) |
| TAYLOR COMMERCIAL FOODSERVICE DBA TAYLOR COMPANY, | |
| *Defendant-Appellee.* | |

**<u>NOTICE OF CLAIM OF LIEN FOR ATTORNEY FEES</u>**

ATTORNEY:

Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314
tom@clarelocke.com
libby@clarelocke.com
(202) 628-7400

CLIENT:

Kytch, Inc.
3327 Seldon Court
Fremont, CA 94537

**NOTICE:** Pursuant to Va. Code § 54.1-3932, the attorney named above has claimed a lien upon the cause of action asserted by the client(s) or former client(s) named above as security for the contracted fees for services rendered in relation to the cause of action or claim asserted in the caption. Written notice of this lien is being given either within 45 days of the end of representation or (a) in causes of action sounding in tort or for liquidated or unliquidated damages on contract, before settlement or adjustment, whichever is earlier or (b) in cases of annulment or divorce, before final judgment is entered, whichever is earlier.

**NOTICE FURTHER**: that the lien arises from a contract entered into between attorney and client that expressly chooses Virginia law and requires arbitration of any dispute thereunder in Virginia administered by the American Arbitration Association. It is anticipated that any dispute as to the validity and amount of the lien must and will be determined in arbitration.

**NOTICE FURTHER**: that pursuant to Virginia Code § 54.1-3932, written notice of this lien will be provided by the undersigned to the clerk of the court in which a case may be pending, including the clerk of the U.S. Court of Appeals for the Third Circuit.

**Description of cause of action or claim upon which a lien is asserted**: actions for damages and other relief under the Lanham Act, and related claims, as set forth more particularly in the pleadings in the captioned action.

I, the undersigned counsel, certify that I have caused to be served a copy of this written notice to my former client(s) listed above. I have also caused to be served a copy of this written notice to the opposing parties' attorneys or agents listed below.

**Attorneys for Plaintiff KYTCH, INC.**
Jason Sheasby
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Daniel P. Watkins
daniel.watkins@mwpp.com
Mark Thomson
mark.thomson@mwpp.com
MEIER WATKINS
PHILLIPS PUSCH LLP
1629 K Street, NW, Suite 300
Washington, DC 20006

Brian E. Farnan
bfarnan@farnanlaw.com
Michael J. Farnan
mfarnan@farnanlaw.com
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301

**Attorneys for Defendant-Appellee TAYLOR COMMERCIAL FOODSERVICE LLC, dba TAYLOR COMPANY**
Shay Dvoretzky
shay.dvoretzky@skadden.com
Parker Rider-Longmaid
parker.rider-longmaid@skadden.com
Edward B. Micheletti
edward.micheletti@skadden.com
SKADDEN ARPS SLATE MEAGHER & FLOM
1440 New York Avenue NW
Washington, DC 20005

One Rodney Square
920 N King Street, 7th Floor
Wilmington, DE 19801
Telephone: 302-651-3220
Facsimile: 302-651-3001

Date: November 24, 2023

CLARE LOCKE LLP

By: _____
Thomas A. Clare
Elizabeth M. Locke

10 Prince Street
Alexandria, Virginia 22314
tom@clarelocke.com
libby@clarelocke.com
(202) 628-7400

2

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYTCH, INC. <br><br> Plaintiff, <br><br> v. <br><br> McDONALD'S CORPORATION, <br><br> Defendant. | Case No. 3:23-cv-01998-TSH |

### NOTICE OF CLAIM OF LIEN FOR ATTORNEY FEES

ATTORNEY:

Clare Locke LLP
10 Prince Street
Alexandria, Virginia 22314
tom@clarelocke.com
libby@clarelocke.com
(202) 628-7400

CLIENT:

Kytch, Inc.
3327 Seldon Court
Fremont, CA 94537

**NOTICE:** Pursuant to Va. Code § 54.1-3932, the attorney named above has claimed a lien upon the cause of action asserted by the client(s) or former client(s) named above as security for the contracted fees for services rendered in relation to the cause of action or claim asserted in the caption. Written notice of this lien is being given either within 45 days of the end of representation or (a) in causes of action sounding in tort or for liquidated or unliquidated damages on contract, before settlement or adjustment, whichever is earlier or (b) in cases of annulment or divorce, before final judgment is entered, whichever is earlier.

**NOTICE FURTHER**: that the lien arises from a contract entered into between attorney and client that expressly chooses Virginia law and requires arbitration of any dispute thereunder in Virginia administered by the American Arbitration Association. It is anticipated that any dispute as to the validity and amount of the lien must and will be determined in arbitration.

**NOTICE FURTHER**: that pursuant to Virginia Code § 54.1-3932, written notice of this lien will be provided by the undersigned to the clerk of the court in which a case may be pending, including the clerk of the U.S. District Court for the Northern District of California.

**Description of cause of action or claim upon which a lien is asserted**: actions for damages and other relief under the Lanham Act and statutory and common law of trade secrets, trade libel, tortious interference, and interference with business relations, violation of California Business & Professions Code § 17200 et seq., violation of California Business & Professions Code § 17500 et seq., and related claims, as set forth more particularly in the pleadings in the captioned action.

I, the undersigned counsel, certify that I have caused to be served a copy of this written notice to my client(s) or former client(s) listed above. I have also caused to be served a copy of this written notice to the opposing parties' attorneys or agents listed below.

**Attorneys for Plaintiff KYTCH, INC.**
Jason Sheasby
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Daniel P. Watkins
daniel.watkins@mwpp.com
Amy McCann roller
amccannroller@mwpp.com
MEIER WATKINS
PHILLIPS PUSCH LLP
1629 K Street, NW, Suite 300
Washington, DC 20006

Brian E. Farnan
bfarnan@farnanlaw.com
Michael J. Farnan
mfarnan@farnanlaw.com
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301

**Attorneys for Defendant McDONALD'S CORPORATION**
Anne Shea Gaza
gaza@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 658-6541

Catherine Yunshan Lui
clui@orrick.com
Kristopher R Wood
kristopher.wood@orrick.com
ORRICK, HERRINGTON
& SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415.773.5571
Facsimile: 415.773.5579

Elena C. Norman
enorman@ycst.com
Samantha G. Wilson
swilson@ycst.com
YOUNG, CONAWAY,
STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-5029

Date: November 24, 2023

CLARE LOCKE LLP

By: _____
Thomas A. Clare
Elizabeth M. Locke

10 Prince Street
Alexandria, Virginia 22314
tom@clarelocke.com
libby@clarelocke.com
(202) 628-7400