Daniel P. Watkins (admitted *pro hac vice*)
Megan L. Meier (admitted *pro hac vice*)
Amy McCann-Roller (admitted *pro hac vice*)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655

*Attorneys for Plaintiff Kytch, Inc.e*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br><br>    Defendant. | No. 23-CV-01998-TSH<br><br>**DECLARATION OF JEREMY O'SULLIVAN** |

### **DECLARATION OF JEREMY O'SULLIVAN**

Pursuant to 28 U.S.C. § 1746, I, Jeremy O'Sullivan, declare and say as follows:

1. I have personal knowledge of the matters set forth in this Declaration, and I am competent to testify as to them. I write this Declaration in support of Kytch's Motion to Strike Nonparty Clare Locke LLP's Improper Filings.

2. I, along with Melissa Nelson, founded Kytch, Inc.

3. We retained Clare Locke to represent us in November 2020 related to our dispute with McDonald's, Taylor Company, TFGroup, LLC, and J. Tyler Gamble (the "Defendants").

4. Our primary point of contact at Clare Locke was Daniel P. Watkins, who resigned from Clare Locke on August 3, 2023, and founded his own law firm – Meier Watkins Phillips Pusch LLP.

5. Mr. Watkins led our litigation efforts in the preceding years, and his law firm was co-counsel with Clare Locke until we fired Clare Locke for cause on October 14, 2023.

6. To my knowledge, Clare Locke attorneys deposed only three witnesses in the case. Daniel P. Watkins handled each of those examinations.

7. In the fall and winter of 2023 and 2024, Mr. Watkins deposed dozens of witnesses, the parties exchanged written discovery and produced hundreds of thousands of pages of documents. We also briefed motions for summary judgment.

8. Kytch has notified Clare Locke that it agrees to wait forty-five (45) days to disburse any funds from the resolution of this or the other cases it has filed against the Defendants. Kytch is prepared to enter into a binding stipulation reflecting this agreement.

9. Kytch made this agreement because it does not intend to "steal" anything, and Kytch is prepared to hold in escrow a portion of any funds it may receive in connection with resolving this case until Clare Locke's potential entitlement to any fees or expenses is resolved.

10. The November 29, 2021 engagement letter Kytch signed with Clare Locke LLP is enclosed as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2024

JEREMY O'SULLIVAN