# EXHIBIT A



CLARE LOCKE

THOMAS A. CLARE, P.C.                                    ELIZABETH M. LOCKE, P.C.

November 29, 2021

Via Email

Mr. Jeremy O'Sullivan
Ms. Melissa Nelson
Kytch, Inc.

Re:















If either pary terminates this engagement within 30 days of any settlement or judgment, you agree that the Firm is entitled to its contingency portion of any settlement or judgment the fullest extent permitted by law and may assert a lien upon the proceeds of a recovery to the fullest extent permitted by law.







Very truly yours,

CLARE LOCKE LLP

*Thomas A. Clare, P.C.*
_____
Thomas A. Clare, P.C.

Libby Locke (Nov 29, 2021 16:04 EST)
_____
Elizabeth M. Locke, P.C.

Agreed and accepted:

KYTCH, INC.

*Jeremy O'Sullivan*
_____
Jeremy O'Sullivan (Nov 30, 2021 04:54 EST)

*Melissa A. Nelson*
_____
Melissa A. Nelson (Nov 30, 2021 09:38 PST)









# 20211129 Kytch Lanham Act Retention Agreement[40][62]

**Final Audit Report**                                                    2021-11-30

| | |
|---|---|
| Created: | 2021-11-29 |
| By: | Clare Locke LLP ███████████ |
| Status: | Signed |
| Transaction ID: | ███████████████████ |



Adobe Sign