UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KYTCH, INC., <br>     PLAINTIFF, <br> v. <br> MCDONALD'S CORPORATION, <br>     DEFENDANT. | Case No. No. 23-CV-01998-TSH <br><br> **[PROPOSED] ORDER GRANTING MOTION TO STRIKE NONPARTY CLARE LOCKE LLP'S IMPROPER FILINGS** |

    IT IS HEREBY ORDERED, pursuant to the Court's inherent power to manage and control its docket, that nonparty Clare Locke LLP's filings—Notice of Attorney Lien [Dkt. No. 49] and Notice of Objection to Dismissal in Light of Attorneys' Lien [Dkt. No. 54]—are hereby stricken from the docket. Clare Locke LLP is a nonparty, and its filings are improper because Clare Locke has not requested, or been granted, leave to intervene in this matter.

    **IT IS SO ORDERED.**

Dated:

                                                                        Hon. Thomas S. Hixson
                                                                       United States Magistrate Judge

[PROPOSED] ORDER GRANTING KYTCH'S MOTION TO STRIKE CLARE LOCKE LLP'S IMPROPER FILINGS