Jered T. Ede (SBN 273440)
jered@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Facsimile:  (202) 478-0475

*Attorney for Clare Locke LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S, <br><br> Defendants. | CASE No. 23-CV-01998-TSH <br><br> **DECLARATION OF JERED T. EDE IN SUPPORT OF CLARE LOCKE LLP'S RESPONSE TO MOTION TO STRIKE** |

I, Jered T. Ede, hereby declare as follows:

1. I am an attorney at law in good standing and licensed to practice in the States of California, Florida, and Texas.  I am a Partner with Clare Locke LLP.  I make the following declaration in support of Clare Locke's Response to Plaintiff Kytch, Inc.'s Motion to Strike (Dkt. 58) Clare Locke's Notice of Objection (Dkt. 54).  I make this declaration based upon personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. On April 2, 2024, Clare Locke obtained emergency, interim injunctive relief against Kytch from an Emergency Arbitrator in the ongoing Clare Locke-Kytch arbitration proceeding pending in Virginia before the American Arbitration Association (styled as *Clare Locke LLP v.*

*Kytch, Inc.*, AAA Case No. 01-24-0002-9516) (the "Emergency Award"). A true and correct copy of the Emergency Award is attached hereto as Exhibit 1.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of April, 2024.

By: */s/ Jered T. Ede*
Jered T. Ede

# CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing the following: **DECLARATION OF JERED T. EDE IN SUPPORT OF CLARE LOCKE LLP'S RESPONSE TO MOTION TO STRIKE**.

By: */s/ Jered T. Ede*
Jered T. Ede

**Meier Watkins Phillips Pusch LLP**
Daniel P. Watkins (*pro hac vice*)
1629 K Street N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 318-3655
daniel.watkins@mwpp.com

**Irell & Manella**
Jason Sheasby SBN 205455
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
jsheasby@irell.com

*Attorneys for Kytch, Inc.*

**Young Conaway Stargatt & Taylor, LLP**

Catherine Y. Lui
Nicole Gelsomini
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
clui@orrick.com
ngelsomini@orrick.com

Kristopher R. Wood
2050 Main Street, Suite 1100
Irvine, CA 92614
(949) 567-6700
kristopher.wood@orrick.com

1  Elena C. Norman (No. 4780)
   Anne Shea Gaza (No. 4093)
2  Samantha G. Wilson (No. 5816)
   Rodney Square
3  1000 North King Street
   Wilmington, DE 19801
4  (302) 571-6600
   enorman@ycst.com
5  agaza@ycst.com
   swilson@ycst.com
6
   *Attorneys for Defendant McDonald's Corporation*
7