| | |
|---|---|
| 1 | Jered T. Ede (SBN 273440) |
| | jered@clarelocke.com |
| 2 | CLARE LOCKE LLP |
| | 10 Prince Street |
| 3 | Alexandria, Virginia 22314 |
| | Telephone: (202) 628-7400 |
| 4 | Facsimile: (202) 478-0475 |

*Attorney for Clare Locke LLP*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC., | CASE No. 23-CV-01998-TSH |
| Plaintiff, | **CLARE LOCKE LLP'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE TO MOTION TO STRIKE** |
| v. | |
| MCDONALD'S, | |
| Defendants. | |

|   |   |
|---|---|
| 1 | On April 30, 2024 (Dkt. 59), Clare Locke LLP responded to Plaintiff Kytch, Inc.'s Motion To Strike (Dkt. 58). In its response, Clare Locke referenced the confirmation proceeding it had initiated to enforce the Emergency Award that, among other things, enjoins Plaintiff Kytch, Inc. from dismissing this action until Clare Locke's attorneys' liens have been resolved. On May 14, 2024, the United States District Court for the Eastern District of Virginia granted Clare Locke's motion and confirmed the Emergency Award. A copy of that order is attached hereto as Exhibit 1. The transcript of the confirmation hearing, which includes the Court's reasons for granting Clare Locke's motion, is attached hereto as Exhibit 2. |

Dated:       May 15, 2024                    Respectfully Submitted,

CLARE LOCKE LLP
By: */s/ Jered T. Ede*
Jered T. Ede SBN 273440

*Attorney for Clare Locke LLP*

# CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing the following: CLARE LOCKE LLP'S SUPPLEMENTAL AUTHORITY IN RESPONSE TO MOTION TO STRIKE.

By: */s/ Jered T. Ede*
Jered T. Ede

**Meier Watkins Phillips Pusch LLP**
Daniel P. Watkins (*pro hac vice*)
1629 K Street N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 318-3655
daniel.watkins@mwpp.com

**Irell & Manella**
Jason Sheasby SBN 205455
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
jsheasby@irell.com

*Attorneys for Kytch, Inc.*

**Young Conaway Stargatt & Taylor, LLP**

Catherine Y. Lui
Nicole Gelsomini
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
clui@orrick.com
ngelsomini@orrick.com

Kristopher R. Wood
2050 Main Street, Suite 1100
Irvine, CA 92614
(949) 567-6700
kristopher.wood@orrick.com

Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant McDonald's Corporation*