| | |
|---|---|
| 1 | Jered T. Ede (SBN 273440) |
| | jered@clarelocke.com |
| 2 | CLARE LOCKE LLP |
| | 10 Prince Street |
| 3 | Alexandria, Virginia 22314 |
| | Telephone: (202) 628-7400 |
| 4 | Facsimile: (202) 478-0475 |

*Attorney for Clare Locke LLP*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KYTCH, INC., | CASE No. 23-CV-01998-TSH |
| Plaintiff, | **DECLARATION OF JERED T. EDE IN SUPPORT OF CLARE LOCKE LLP'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE TO MOTION TO STRIKE** |
| v. | |
| MCDONALD'S, | |
| Defendants. | |

I, Jered T. Ede, hereby declare as follows:

1. I am an attorney at law in good standing and licensed to practice in the States of California, Florida, and Texas. I am a Partner with Clare Locke LLP. I make the following declaration in support of Clare Locke's Supplemental Authority in Support of its Response to Plaintiff Kytch, Inc.'s Motion to Strike (Dkt. 58) Clare Locke's Notice of Objection (Dkt. 54). I make this declaration based upon personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. On May 14, 2024, Clare Locke LLP's Petition to Enforce the Emergency Award (see Ede Decl., Ex. 1, (Dkt. 59-2)), came on for a hearing in the United States District Court for the

Eastern District of Virginia in the matter of *Clare Locke LLP v. Kytch, Inc.,* case no. 1:24-cv-545. At the hearing, the court granted Clare Locke's motion and confirmed the Emergency Award. Attached hereto as Exhibit 1 is a true and correct copy of the District Court's Order confirming the Emergency Award.[1] Attached hereto as Exhibit 2 is a true and correct copy of the transcript of that hearing.[2]

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of May, 2024.

By: /s/ *Jered T. Ede*
Jered T. Ede

---

[1] Pursuant of Fed. R. Evid. 201, Clare Locke LLP respectfully requests this Court take judicial notice of this Order.

[2] This transcript is preliminary pending minor non-substantive corrections.

DECLARATION OF JERED T. EDE IN SUPPORT OF
CLARE LOCKE LLP'S RESPONSE TO MOTION TO STRIKE
2

# CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing the following: **DECLARATION OF JERED T. EDE IN SUPPORT OF CLARE LOCKE LLP'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE TO MOTION TO STRIKE**.

By: */s/ Jered T. Ede*
Jered T. Ede

**Meier Watkins Phillips Pusch LLP**
Daniel P. Watkins (*pro hac vice*)
1629 K Street N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 318-3655
daniel.watkins@mwpp.com

**Irell & Manella**
Jason Sheasby SBN 205455
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
jsheasby@irell.com

*Attorneys for Kytch, Inc.*

**Young Conaway Stargatt & Taylor, LLP**

Catherine Y. Lui
Nicole Gelsomini
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
clui@orrick.com
ngelsomini@orrick.com

Kristopher R. Wood
2050 Main Street, Suite 1100
Irvine, CA 92614
(949) 567-6700
kristopher.wood@orrick.com

| | |
|---|---|
| 1 | |
| 2 | Elena C. Norman (No. 4780)<br>Anne Shea Gaza (No. 4093) |
| 3 | Samantha G. Wilson (No. 5816)<br>Rodney Square |
| 4 | 1000 North King Street<br>Wilmington, DE 19801 |
| 5 | (302) 571-6600<br>enorman@ycst.com |
| 6 | agaza@ycst.com<br>swilson@ycst.com |
| 7 | |
| | *Attorneys for Defendant McDonald's Corporation* |