Exhibit "1"

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CLARE LOCKE, LLP, | ) |
| *Petitioner,* | ) |
| v. | ) Case No. 1:24-cv-545 (PTG/WBP) |
| KYTCH, INC., | ) |
| *Respondent.* | ) |

## ORDER

This matter comes before the Court on Petitioner's Petition and Motion to Confirm Emergency Arbitration Award. Dkt. 1. For the reasons stated from the bench, it is hereby

**ORDERED** that Petitioner's Petition and Motion to Confirm Emergency Arbitration Award (Dkt. 1) is **GRANTED**; and it is further

**ORDERED** that Petitioner's Motion to Supplement/Amend the Petition and Motion to Confirm Emergency Arbitration Award (Dkt. 9) is **GRANTED**.

Dated: May /4, 2024
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge