1   Jason Sheasby SBN 205455
2   jsheasby@irell.com
    IRELL & MANELLA
3   1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4267
4   Telephone: (310) 277-1010 Facsimile:
    (310) 203-7199
5   Daniel P. Watkins (*pro hac vice*)
6   daniel.watkins@mwpp.com
    Amy M. Roller (*pro hac vice*)
7   amccannroller@mwpp.com
    MEIER WATKINS PHILLIPS PUSCH LLP
8   919 18th Street NW, Suite 650
    Washington, DC 20006
9   Telephone: (202) 318-3655

10  *Attorneys for Plaintiff Kytch, Inc.*

11

12                UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14                 SAN FRANCISCO DIVISION
15

16

17  KYTCH, INC.,                          Case No. 23-cv-01998-TSH

                  Plaintiff,             **Plaintiff Kytch Inc.'s Withdraw of**
18                                       **Its Motion to Strike Non-Party**
                                         **Clare Locke's Objection to**
19        v.                             **Dismissal (ECF No. 58)**

20  MCDONALD'S CORP.,                    Dept:   Courtroom E, 15th Floor
                                         Judge: Honorable Thomas S. Hixson
                  Defendant.
21

22

23

24

25

26

27

28

Please take notice that Plaintiff Kytch. Inc. seeks to withdraw its Motion to Strike Non-Party Clare Locke's Objection to Dismissal (ECF No. 58), which Kytch filed on April 16, 2024 and Clare Locke opposed on April 30 (ECF No. 59). Currently, a hearing on the Motion is scheduled for May 23, 2024 at 10:00 am PT.

On May 14, 2024 the U.S. District Court for the Eastern District of Virginia entered an Order in *Clare Locke, LLP v. Kytch, Inc.,* No. l:24-cv-545 (PTG/WBP), which was docketed as ECF No. 60 in this case. Kytch believes the Order resolved the instant dispute and rendered its Motion to Strike and the upcoming hearing no longer necessary.   Accordingly, Kytch seeks to withdraw its Motion, which it understands the Court can do in its discretion pursuant to Northern District of California Civil Local Rule 7-7(e), even though the reply date has already passed.

Dated:      May 21, 2024                    Respectfully submitted,

/s/Daniel P. Watkins
DANIEL P. WATKINS
Meier Watkins Phillips Pusch LLP
*Attorney for Plaintiff Kytch, Inc*

## CERTIFICATE OF SERVICE

I, hereby certify that, on May 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to counsel of record.

Dated: May 21, 2024                    */s/ Daniel P. Watkins*
Daniel P. Watkins