UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYTCH, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MCDONALD'S CORPORATION,<br><br>        Defendant. | Case No. 23-cv-01998-TSH<br><br>**STATUS ORDER** |

On March 15, 2024, the Court granted the parties' request to stay this matter for 90 days to allow them to finalize and execute their settlement agreement. ECF No. 53. As part of their stipulation, the parties stated that, should they be unsuccessful, they would submit a proposed schedule for proceeding with this matter. As 90 days have passed, the Court **ORDERS** the parties to file a status report by July 1, 2024.

**IT IS SO ORDERED.**

Dated: June 17, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge