CATHERINE Y. LUI (SBN. 239648)
clui@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone: +1 (949) 567-6700

Attorneys for Defendant
McDonald's Corporation

JASON SHEASBY (SBN 205455)
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

DANIEL P. WATKINS (pro hac vice)
daniel.watkins@mwpp.com
AMY M. ROLLER (pro hac vice)
amccannroller@mwpp.com
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655

Attorneys for Plaintiff Kytch, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | Case No. 23-cv-01998-TSH <br><br> **JOINT STATUS REPORT** <br><br> Dept: Courtroom E, 15th Floor <br> Judge: Honorable Thomas S. Hixson |

1  Plaintiff Kytch, Inc. and Defendant McDonald Corporation respectfully submit the
2  following status report:

3  **Joint Status Report**: As previously reported to the Court, the parties have reached an
4  agreement in principle to settle the case. D.E. 52. The parties are currently negotiating the full terms
5  of the settlement and continue to make progress in this regard.

6  **Plaintiff's Position**: Kytch requests a status conference on July 22, 2024 to submit a
7  proposed schedule for proceeding with the matter, in the event they are unsuccessful in resolving
8  the matter before then.

9  **Defendant's Position**: McDonald's submits that the parties continue to negotiate in good
10 faith but that it is unlikely the parties will have finished the documentation of their settlement
11 agreement by July 22, 2024 due to principals' schedules and the number of stakeholders involved
12 in documenting the agreement for this action and the pending action of *Kytch v. Jonathan Tyler*
13 *Gamble, et al.*, Case No. RG21099155 (Alameda Superior Court) ("Alameda Action"). The
14 settlement agreement encompasses both this action as well as the Alameda Action. McDonald's
15 submits that the stay should continue so the parties may finish documenting the settlement
16 agreement and if the parties are unsuccessful in resolving the matter, they will inform the Court
17 and submit a proposed schedule. In the alternative, the parties can provide a further status report on
18 July 22, but McDonald's does not believe the parties will be in the position to submit a proposed
19 schedule for proceeding with the matter considering the current ongoing status of discussions.

20 Dated: July 1, 2024                            ORRICK, HERRINGTON & SUTCLIFFE LLP

22                                               By:        */s/ Catherine Y. Lui*
23                                                       CATHERINE Y. LUI
                                                         Attorneys for Defendant
24                                                       McDonald's Corporation

25 Dated: July 1, 2024                            MEIER WATKINS PHILLIPS PUSCH LLP

27                                               By:        */s/ Daniel P. Watkins*
                                                         DANIEL P. WATKINS
28                                                       Attorneys for Plaintiff, Kytch, Inc