CATHERINE Y. LUI (SBN. 239648)
clui@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone: +1 (949) 567-6700

*Attorneys for Defendant
McDonald's Corporation*

JASON SHEASBY (SBN 205455)
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

DANIEL P. WATKINS (pro hac vice)
daniel.watkins@mwpp.com
AMY M. ROLLER (pro hac vice)
amccannroller@mwpp.com
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655

*Attorneys for Plaintiff Kytch, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | No. 23-cv-01998-TSH <br><br> Judge: Honorable Thomas S. Hixson <br><br> **JOINT STATUS REPORT FOR JULY 22, 2024** |

Plaintiff Kytch, Inc. and Defendant McDonald Corporation respectfully submit the following status report:

**A.      Joint Status Update:**

Settlement discussions between the parties remain ongoing.

**B.      Defendant's Position:**

McDonald's submits that the parties continue to negotiate in good faith and are making substantial progress with finalizing the agreement; however, the parties require additional time to finalize and execute the agreement due to the complexity of the agreement, the principals' schedules and the number of stakeholders involved in documenting the agreement for this action and the pending action of *Kytch v. Jonathan Tyler Gamble, et al.*, Case No. RG21099155 (Alameda Superior Court) ("Alameda Action"). The settlement agreement encompasses both this action as well as the Alameda Action. McDonald's submits that there is no reason to engage in trying to propose or finalize a case schedule in this matter considering the status of the parties' negotiations, and that engaging in such efforts would be a waste of the parties' and the Court's resources and time. McDonald's has not conferred with Plaintiff on any of the dates they propose and as discussed above, a conferral on the case schedule would not be necessary or productive particularly as the parties' time should be focused on finishing the settlement agreement. McDonald's proposes the parties provide the Court a further status update in 30 days.

**C.      Plaintiff's Position:**

Although settlement discussions remain ongoing, Kytch requests that the Court tentatively calendar the following deadlines for this case.

| EVENT | PROPOSED DATE[1] |
|---|---|
| Deadline to Seek Leave to Amend Pleadings | September 13, 2024 |
| Close of Fact Discovery | March 7, 2025 |
| Rule 26 Expert Disclosures | March 28, 2025 |
| Rule 26 Rebuttal Expert Disclosures | April 18, 2025 |
| Close of Expert Discovery | June 13, 2025 |
| Deadline to File Dispositive Motions | July 1, 2025 |
| Deadline to File Dispositive Motion Opposition | July 25, 2025 |

---

[1] Kytch will confer with McDonald's regarding the schedule.

| | |
|---|---|
| Deadline to File Dispositive Motion Reply | August 15, 2025 |
| Hearing on Dispositive Motions | September 10, 2025 |
| Exchange of Pretrial Disclosures | October 15, 2025 |
| Deadline to File Pretrial Documents | October 24, 2025 |
| Deadline to File Oppositions to Motions in Limine | November 14, 2025 |
| Pretrial Conference | December 1, 2025 |
| Final Pretrial Conference | January 5, 2026 |

The parties will notify the Court immediately if their attempts to resolve this matter are successful.

Dated: July 22, 2024                                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                                        By: *Catherine Y. Lui*
                                                              CATHERINE Y. LUI
                                                              Attorneys for Defendant
                                                              McDonald's Corporation


Dated: July 22, 2024                                    MEIER WATKINS PHILLIPS PUSCH LLP


                                                        By: *Daniel P. Watkins*
                                                              DANIEL P. WATKINS
                                                              Attorneys for Plaintiff
                                                              Kytch, Inc