| | |
|---|---|
| CATHERINE Y. LUI (SBN. 239648) <br> clui@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> The Orrick Building <br> 405 Howard Street <br> San Francisco, CA 94105-2669 <br> Telephone: +1 415 773 5700 <br> Facsimile: +1 415 773 5759 <br><br> KRISTOPHER R. WOOD (SBN 284727) <br> kristopher.wood@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 2050 Main Street, Suite 1100 <br> Irvine, CA 92614 <br> Telephone: +1 (949) 567-6700 <br><br> *Attorneys for Defendant* <br> *McDonald's Corporation* | JASON SHEASBY (SBN 205455) <br> jsheasby@irell.com <br> IRELL & MANELLA <br> 1800 Avenue of the Stars, Suite 900 <br> Los Angeles, California 90067-4267 <br> Telephone: (310) 277-1010 <br> Facsimile: (310) 203-7199 <br><br> DANIEL P. WATKINS (pro hac vice) <br> daniel.watkins@mwpp.com <br> AMY M. ROLLER (pro hac vice) <br> amccannroller@mwpp.com <br> MEIER WATKINS PHILLIPS PUSCH LLP <br> 919 18th Street NW, Suite 650 <br> Washington, DC 20006 <br> Telephone: (202) 318-3655 <br><br> *Attorneys for Plaintiff Kytch, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | Case No. 23-cv-01998-TSH <br><br> **JOINT STATUS REPORT FOR AUGUST 23, 2024** <br><br> Dept: Courtroom E, 15th Floor <br> Judge: Honorable Thomas S. Hixson |

Plaintiff Kytch, Inc. and Defendant McDonald's Corporation respectfully submit the following status report:

The parties continue to work in good faith to negotiate and finalize the settlement agreement, and they are making substantial progress with the settlement. The parties suggest providing a further status report in four weeks.

Dated: August 23, 2024                     ORRICK, HERRINGTON & SUTCLIFFE LLP


                                           By:  /s/ Catherine Y. Lui
                                                CATHERINE Y. LUI
                                                Attorneys for Defendant
                                                McDonald's Corporation


Dated: August 23, 2024                     MEIER WATKINS PHILLIPS PUSCH LLP


                                           By:  /s/ Daniel P. Watkins
                                                DANIEL P. WATKINS
                                                Attorneys for Plaintiff
                                                Kytch, Inc