| | |
|---|---|
| CATHERINE Y. LUI (SBN. 239648)<br>clui@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>KRISTOPHER R. WOOD (SBN 284727)<br>kristopher.wood@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA 92614<br>Telephone: +1 (949) 567-6700<br><br>*Attorneys for Defendant*<br>*McDonald's Corporation* | JASON SHEASBY (SBN 205455)<br>jsheasby@irell.com<br>IRELL & MANELLA<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4267<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>DANIEL P. WATKINS (pro hac vice)<br>daniel.watkins@mwpp.com<br>AMY M. ROLLER (pro hac vice)<br>amccannroller@mwpp.com<br>MEIER WATKINS PHILLIPS PUSCH LLP<br>919 18th Street NW, Suite 650<br>Washington, DC 20006<br>Telephone: (202) 318-3655<br><br>*Attorneys for Plaintiff Kytch, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC.,<br><br>                Plaintiff,<br><br>       v.<br><br>MCDONALD'S CORPORATION,<br><br>                Defendant. | Case No. 23-cv-01998-TSH<br><br>**JOINT STATUS REPORT FOR SEPTEMBER 23, 2024**<br><br>Dept:    Courtroom E, 15th Floor<br>Judge:   Honorable Thomas S. Hixson |

Plaintiff Kytch, Inc. and Defendant McDonald's Corporation respectfully submit the following status report:

**McDonald's Position:** While the parties continue to work in good faith to negotiate and finalize the settlement agreement, McDonald's has been waiting for an updated settlement draft from Kytch for more than two months. McDonald's is committed to finalizing the settlement agreement and believes Kytch is as well. However, McDonald's requests the Court to order Kytch to provide an updated draft by September 30, 2024.

**Kytch's Position**: Kytch agrees that the parties continue to work in good faith to negotiate and finalize the settlement agreement. Kytch also remains committed to finalizing the settlement. As such, Kytch has been in communication with McDonald's over the last two months regarding certain material provisions and will provide an updated draft no later than September 30, 2024.

Dated: September 23, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Catherine Y. Lui*
CATHERINE Y. LUI
Attorneys for Defendant
McDonald's Corporation

Dated: September 23, 2024

MEIER WATKINS PHILLIPS PUSCH LLP

By:  */s/ Daniel P. Watkins*
DANIEL P. WATKINS
Attorneys for Plaintiff
Kytch, Inc