1  Jason Sheasby SBN 205455
   jsheasby@irell.com
2  IRELL & MANELLA
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4267
   Telephone: (310) 277-1010
4  Facsimile: (310) 203-7199

5  Daniel P. Watkins (*pro hac vice*)
   daniel.watkins@mwpp.com
6  Amy M. Roller (*pro hac vice*)
   amccannroller@mwpp.com
7  MEIER WATKINS PHILLIPS PUSCH LLP
   919 18th Street NW, Suite 650
8  Washington, DC 20006
   Telephone: (202) 318-3655

*Attorneys for Plaintiff Kytch, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORP., <br><br> Defendant. | Case No. 23-cv-01998-TSH <br><br> **Motion to Withdraw as Counsel** <br><br> Dept:   Courtroom E, 15th Floor <br> Judge: Honorable Thomas S. Hixson |

# MOTION TO WITHDRAW AS COUNSEL

Meier Watkins Phillips Pusch LLP, by and through Daniel P. Watkins, undersigned counsel, moves to withdraw as counsel in this matter. In support of this motion, he shows as follows:

1. Plaintiff Kytch, Inc. is represented by Jason Sheasby of the law firm Irell & Manella LLP, Brian and Michael Farnan of Farnan LLP, and Daniel Watkins, and Amy Roller of the law firm Meier Watkins Phillips Pusch LLP.

2. Plaintiff Kytch, Inc. consents to the withdrawal of Daniel Watkins and Amy Roller of the law firm Meier Watkins Phillips Pusch LLP, from further representing Kytch in this case.

3. Plaintiff will continue to be represented by Jason Sheasby of Irell & Manella LLP and Brian and Michael Farnan of Farnan LLP.

.

Dated:     October 4, 2024          Respectfully submitted,

/s/Daniel P. Watkins
DANIEL P. WATKINS
Meier Watkins Phillips Pusch LLP
*Attorney for Plaintiff Kytch, Inc*

*** ORDER ***

For good cause, the Court GRANTS Meier Watkins Phillips Pusch LLP's motion to withdraw as counsel. The Clerk shall terminate Meier Watkins Phillips Pusch LLP, Daniel P. Watkins, and Amy Roller from the docket.

Date: October ___, 2024

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/EXF system, which will send a notification of this Motion to Withdraw.

By: /s/ Daniel P. Watkins

Daniel P. Watkins

| | |
|---|---|
| Irell & Manella<br>Jason Sheasby SBN 205455<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4267<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>jsheasby@irell.com<br><br>*Attorneys for Kytch, Inc.* | Farnan LLP<br>Brian Farnan<br>Michael Farnan<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |

Orrick, Herrington & Sutcliffe LLP
Catherine Y. Lui
Nicole Gelsomini
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
clui@orrick.com
ngelsomini@orrick.com

Kristopher R. Wood
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone: (949) 567-6700
kristopher.wood@orrick.com

Young Conaway Stargatt & Taylor, LLP
Elena C. Norman (No. 4780)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
enorman@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant McDonald's Corp.*