Jason Sheasby SBN 205455
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Daniel P. Watkins (*pro hac vice*)
daniel.watkins@mwpp.com
Amy M. Roller (*pro hac vice*)
amccannroller@mwpp.com
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655

*Attorneys for Plaintiff Kytch, Inc.*

**GRANTED**

Judge Thomas S. Hixson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORP., <br><br> Defendant. | Case No. 23-cv-01998-TSH <br><br> **Motion to Withdraw as Counsel** <br><br> Dept:   Courtroom E, 15th Floor <br> Judge: Honorable Thomas S. Hixson |

## **MOTION TO WITHDRAW AS COUNSEL**

Meier Watkins Phillips Pusch LLP, by and through Daniel P. Watkins, undersigned counsel, moves to withdraw as counsel in this matter. In support of this motion, he shows as follows:

1. Plaintiff Kytch, Inc. is represented by Jason Sheasby of the law firm Irell & Manella LLP, Brian and Michael Farnan of Farnan LLP, and Daniel Watkins, and Amy Roller of the law firm Meier Watkins Phillips Pusch LLP.

2. Plaintiff Kytch, Inc. consents to the withdrawal of Daniel Watkins and Amy Roller of the law firm Meier Watkins Phillips Pusch LLP, from further representing Kytch in this case.

3. Plaintiff will continue to be represented by Jason Sheasby of Irell & Manella LLP and Brian and Michael Farnan of Farnan LLP.

.

Dated:   October 4, 2024            Respectfully submitted,

/s/Daniel P. Watkins
DANIEL P. WATKINS
Meier Watkins Phillips Pusch LLP
*Attorney for Plaintiff Kytch, Inc*

*** ORDER ***

For good cause, the Court GRANTS Meier Watkins Phillips Pusch LLP's motion to withdraw as counsel. The Clerk shall terminate Meier Watkins Phillips Pusch LLP, Daniel P. Watkins, and Amy Roller from the docket.

Date: October _7_, 2024

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE