CATHERINE Y. LUI (SBN 239648)
clui@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

KRISTOPHER R. WOOD (SBN 284727)
kristopher.wood@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
Telephone:     +1 (949) 567-6700

*Attorneys for Defendant
McDonald's Corporation*

JASON SHEASBY (SBN 205455)
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4267
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Kytch, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYTCH, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>MCDONALD'S CORPORATION,<br><br>             Defendant. | Case No. 23-cv-01998-TSH<br><br>**JOINT STATUS REPORT FOR OCTOBER 24, 2024**<br><br>Dept:     Courtroom E, 15th Floor<br>Judge:    Honorable Thomas S. Hixson |

Plaintiff Kytch, Inc. and Defendant McDonald's Corporation respectfully submit the joint following status report:

The parties continue to exchange drafts of the settlement agreement and negotiate in good faith. The parties will either file a dismissal if the agreement is finalized or will provide the Court with another status update in 30 days.

Dated: October 24, 2024                ORRICK, HERRINGTON & SUTCLIFFE LLP


                                       By:   /s/ Catherine Y. Lui
                                             CATHERINE Y. LUI
                                             Attorneys for Defendant
                                             McDonald's Corporation


Dated: October 24, 2024                IRELL & MANELLA


                                       By:   /s/ Jason Sheasby
                                             JASON SHEASBY
                                             Attorneys for Plaintiff
                                             Kytch, Inc