UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYTCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCDONALD'S CORPORATION, <br><br> Defendant. | Case No. 23-cv-01998-TSH <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court shall conduct a case management conference in this case on December 12, 2024 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. This conference shall be attended by <u>lead</u> trial counsel.

**IT IS SO ORDERED.**

Dated: December 2, 2024

THOMAS S. HIXSON
United States Magistrate Judge