UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYTCH, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> MCDONALD'S CORPORATION, <br><br>    Defendant. | Case No. 23-cv-01998-TSH <br><br> **STATUS ORDER** |

Earlier today the Court held a further case management conference to discuss the status of settlement negotiations. Based on discussions at the conference, the Court **ORDERS** the parties to meet and confer and thereafter file by January 17, 2025 a joint statement with proposed joint or competing case management deadlines.

**IT IS SO ORDERED.**

Dated: December 12, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge