Jason Sheasby SBN 205455
jsheasby@irell.com
IRELL & MANELLA
1800 Avenue of the Stars, Suite 900 Los Angeles, California 90067-4267 Telephone: (310) 277-1010 Facsimile: (310) 203-7199

*Attorneys for Plaintiff Kytch, Inc.*

Catherine Y. Lui SBN 239648
clui@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St,
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773 5759

Kristopher R. Wood SBN 284727
kristopher.wood@orrick.com
Catherine L. Malone SBN 325283
cmalone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street Ste. 1100
Irvine, CA 92614
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
United States
Telephone: (949) 567 6700
Facsimile: (949) 567-6710

*Attorneys for Defendant McDonald's Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KYTCH, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>MCDONALD'S CORPORATION,<br><br>   Defendant. | Case No. 23-CV-01998-TSH |

**JOINT STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared," Plaintiff Kytch, Inc. and Defendant McDonald's Corporation, by and through their undersigned counsel, hereby stipulate to dismiss this action with prejudice. The parties respectfully request that the Clerk of the Court dismiss and administratively close this action.

**Respectfully submitted,**

DATED: May 8, 2025

**FOR PLAINTIFF KYTCH, INC.**

/s/ Jason Sheasby

JASON SHEAHSBY
IRELL & MANELLA
*Attorney for Plaintiff Kytch, Inc.*

**FOR DEFENDANT MCDONALD'S CORP.**

*/s/ Catherine Y. Lui*

CATHERINE Y. LUI
ORRICK HERRINGTON & SUTCLIFFE, LLP
*Attorney for Defendant McDonald's Corp.*

**CIVL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

DATED: May 8, 2025

**FOR PLAINTIFF KYTCH, INC.**

/s/ Jason Sheasby

JASON SHEAHSBY
IRELL & MANELLA
*Attorney for Plaintiff Kytch, Inc.*